IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXIMILIANO CABRERA : | |
| : | Case No. 1:14-cv-01885-APM |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| B&H NATIONAL PLACE, INC., *et al*, : | |
| : | |
| Defendants. : | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Maximiliano Cabrera (hereinafter referred to as "Plaintiff") and Defendants B&H National Place, Inc. and Ha Na Cho (hereinafter "Defendants"), jointly (the "Parties"), respectfully request approval of their settlement and dismissal with prejudice of all claims in the Complaint, and state as follows:

1. The Complaint raises claims for unpaid wages, including overtime pay, arising under the D.C. Wage Payment and Collection Law ("DCWPCL"), D.C. ST § 32-1201, *et seq.*, the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA") and the D.C. Wage Revision Act ("DCMWRA") D.C. ST § 32-1003.

2. Defendants deny liability to Plaintiff and have raised various defenses to his claims. Litigation of the claims would likely be both time-consuming and expensive. Moreover, after conducting discovery, each side's likelihood of success remains uncertain. In recognition of these factors, the parties reached a settlement of all claims in the Complaint, the terms of which are set forth in a written Settlement Agreement, whose terms are described below.

4443775_1

3. Because the Settlement Agreement includes a waiver of claims arising under the FLSA, the parties seek court approval of the settlement. *Carillo v. Dandon, Inc.,* 51 F. Supp. 3d 124 (D.D.C. 2014).

4. Based on the information exchanged, the risks involved and the complexity and likely duration of this matter, the parties acknowledge and agree that this settlement represents a reasonable compromise of the disputed claims in the Complaint.

5. The Parties attach and incorporate a Memorandum in Support of this Joint Motion, which more fully sets forth the grounds of this Joint Motion.

WHEREFORE, the parties respectfully request that the Court issue the attached proposed Order approving the settlement and dismissing the Complaint with prejudice.

Respectfully submitted,

By: __/s/ *Mary Craine Lombardo*__
Mary Craine Lombardo (495881)
STEIN SPERLING BENNETT DE JONG
DRISCOLL PC
25 West Middle Lane
Rockville, Maryland 20850
Tel: (301) 340-2020
Fax: (301) 354-8126
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

/s/  *Stephen Domenic Scavuzzo*
Stephen Domenic Scavuzzo (318279)
8200 Greensboro Drive, Ste. 900
McLean, Virginia 22012
(703) 319-8770
(703) 319-1747 (facsimile)
scavuzzolaw@aol.com

*Attorneys for Defendants*

(signed by Mary Craine Lombardo
with permission of S. Domenic Scavuzzo)